UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-11473-RGS

DOUGLAS SCOTT CARRUTHERS,
Plaintiff

v.

UNITED PARCEL SERVICE, INC., et al.,
Defendants

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE
ON DEFENDANTS' MOTIONS TO DISMISS

January 6, 2025

STEARNS, D.J.

I agree with Magistrate Judge Kelley's careful analysis of the record and her determination that plaintiff's cursory one paragraph "Statement of the Claim" fails to give notice under even the most indulgent of pleading standards of who is being sued and, more portentously, for what. Moreover, plaintiff has failed to provide a valid address for purposes of service, nor has he responded to any of the defendants' motions to dismiss, despite orders from the court giving him ample time to do so. Consequently, I will adopt Magistrate Judge Kelley's Recommendation that the Complaint be dismissed with one small caveat.   I agree with defendants

that the Complaint should bs dismissed in its entirety with prejudice and will so order.

Consequently, the Recommendation is <u>ADOPTED in part</u>, the motions to dismiss are <u>ALLOWED</u>, and the Complaint is <u>DISMISSED</u> with prejudice.[1] The Clerk will enter judgment for the defendants and close the case.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

---

[1] Caruthers has not filed an Objection to the Magistrate's Report and Recommendation.